# United States Court of Appeals for the Federal Circuit

_____

August 28, 2012
**ERRATA**

_____

2011-3207

**JOHN BERRY, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT,**
*Petitioner,*

**v.**

**RHONDA K. CONYERS AND DEVON HAUGHTON NORTHOVER,**
*Respondents,*

**and**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

_____

Decided: August 17, 2012

Precedential Opinion

_____

Please make the following change:

Page 2,

ANDRES M. GRAJALES, American Federation of Government Employees, of Washington, DC, argued for respondents Rhoda K. Conyers and Devon Haughton Northover. With "him" on the brief were DAVID A. BORER, General Counsel, and JOSEPH F. HENDERSON, Deputy General Counsel.